UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JOSE PEREZ<br><br>Defendant. | 19 Cr. 297 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

    A *Curcio* hearing in this matter is set for January 9, 2020, at 4:30 pm. Counsel will jointly submit a proposed order by email appointing conflict-free counsel forthwith. Defense counsel is requested to file a status letter with the Court by January 7, 2020. For the reasons stated on the record at today's conference, time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until January 9, 2020.

    SO ORDERED.

                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: December 12, 2019
       New York, New York