UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA           **ORDER**
:
    -v.-                           19 Cr. 297 (PAE)
:
JOSE PEREZ,
:
             Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - X

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1. The forfeiture of the $75,000 personal recognizance bond executed by Jose Perez and Annette Piri-Perez, which was ordered by this Court on December 5, 2019, be and hereby is SET ASIDE as to Annette Piri-Perez only.

2. This Court's Judgment dated December 5, 2019 (Dkt. 40) in the amount of $75,000 in favor of the United States and against Jose Perez and Annette Piri-Perez is hereby VACATED as to Annette Piri-Perez only. The Judgment shall remain in full force and effect as to Jose Perez.

SO ORDERED.

Dated:    New York, New York
          12/12/19

                                  _Paul A. Engelmayer_
                                  HONORABLE PAUL A. ENGELMAYER
                                  UNITED STATES DISTRICT JUDGE