UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :    **ORDER**
                                    :
    -v.-                            :    19 Cr. 297 (PAE)
                                    :
JOSE PEREZ,                         :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - - X


    IT IS HEREBY ORDERED that, pursuant to the Criminal Justice
Act, Louis M. Freeman, Esq., of Freeman Nooter & Ginsberg LLP, is
hereby appointed as independent conflict counsel to defendant Jose
Perez, for the limited purpose of advising the defendant regarding
any actual or potential conflicts of interest arising from the
matters discussed on the record on December 12, 2019.


SO ORDERED.


Dated:    December 13, 2019
          New York, New York


                                    _____
                                    HONORABLE PAUL A. ENGELMAYER
                                    UNITED STATES DISTRICT JUDGE