# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 19, 2020

VIA ECF
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:    United States v. Jose Perez**
**19 Cr. 297 (PAE)**

Dear Judge Engelmayer,

I write to request that the Court adjourn the conference currently scheduled for Monday, February 24, 2020 at 11 a.m. to March 26, 2020 at 11:30 a.m. The parties understand that date and time work for the Court's schedule. The Government by Assistant United States Attorney Jacob Fiddelman consents to this application.

Undersigned counsel received a revised plea agreement from the government today. The requested adjournment will allow counsel and Mr. Perez to review its terms and prepare for a change of plea conference on the next date.

Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Perez
212-417-8729

**GRANTED.** The hearing is adjourned to March 26, 2020 at 11:30 a.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until March 26, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 56.

2/19/2020
SO ORDERED.

*Paul A. Engelmayer*
                PAUL A. ENGELMAYER
                United States District Judge

cc:    Jacob Fiddelman
       Assistant United States Attorney