**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 29, 2020

VIA ECF
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Jose Perez**
      **19 Cr. 297 (PAE)**

Dear Judge Engelmayer,

Mr. Perez is currently out on bail, pursuant to 18 U.S.C. § 3142(i), and subject to home incarceration. See Dkt. No. 62. Any leave from the residence must be approved by Pretrial Services or the Court. Id. As the Court is aware from our weekly update letters, Mr. Perez has been compliant with the terms of his release to date.

I write to request that Mr. Perez be granted permission to leave his house to attend an appointment with a tax preparer one day next week. Specifically, he intends to go to the local H&R Block to file his 2019 taxes.

I have spoken with Pretrial Services, by Officer John Moscato, and the government, by Assistant United States Attorney Jacob Fiddelman, both of whom have no objection to this request. If this request is granted, Mr. Perez will provide the date and time of the appointment to Officer Moscato, and will provide proof of his visit once it is complete.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Perez
212-417-8729

**GRANTED.** Mr. Perez must inform the Pretrial Services Department at least 24 hours prior to his visit. The Clerk of Court is requested to terminate the motion at Dkt. No. 64.

4/30/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge