**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 5, 2020

<u>VIA ECF</u>
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**     <u>**United States v. Jose Perez**</u>
            **19 Cr. 297 (PAE)**

Dear Judge Engelmayer,

  I write to request that the Court adjourn the next status conference in the above-captioned case for 45-60 days. It is currently scheduled for May 12, 2020. The government by Assistant United States Attorney Jacob Fiddelman has no objection to this request.

  As a result of the coronavirus pandemic, it has been difficult for Mr. Perez and I to work together on the substance of his case and in particular, to consider the plea agreement extended by the government. During the requested adjournment, we will endeavor to do so remotely.

  Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

  Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Perez
212-417-8729

**GRANTED.** The conference is adjourned to July 6, 2020 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 66.

5/7/2020

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge