**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2020

<u>VIA ECF</u>
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**  <u>United States v. Jose Perez</u>
     **19 Cr. 297 (PAE)**

Dear Judge Engelmayer,

    I write to request that the Court adjourn the next status conference in the above-captioned case, which is currently scheduled for July 6, 2020, for approximately 30 days. The government, by Assistant United States Attorney Jacob Fiddelman, consents to this request.

    The parties have negotiated a resolution of this matter, and we hope to proceed with a change of plea conference at the next-scheduled date.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Perez
212-417-8729

**GRANTED.** The conference is adjourned to August 5, 2020 at 11:30 a.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until August 5, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 68.

7/2/2020

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge