**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 23, 2020

<u>VIA ECF</u>
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** <u>United States v. Jose Perez</u>
19 Cr. 297 (PAE)

Dear Judge Engelmayer,

    I write to request that the Court adjourn the next status conference in the above-captioned case, which is currently scheduled for August 4, 2020, to a date in September, at which point we can hopefully appear in person. The government, by Assistant United States Attorney Jacob Fiddelman, consents to this request.

    The parties hope to proceed with a change of plea conference at the next-scheduled date, and would like to do so in person. We have consulted with Your Honor's Chambers and understand the Court and parties are available during the week of September 14, 2020.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Perez
212-417-8729

**GRANTED.** The conference is adjourned until September 15, 2020 at 2:30 p.m. Fort the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until September 15, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No .70.

7/24/2020

SO ORDERED.

    *Paul A. Engelmayer*
    _____
    PAUL A. ENGELMAYER
    United States District Judge