UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA,                :

            -v-                              :           19-CR-297 (PAE)

JOSE PEREZ,                           :           <u>SCHEDULING ORDER</u>

             Defendant.          :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a change of plea hearing in this case for **October 1, 2020** at **2:30 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference follow the following dial in information to access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                                 PAUL A. ENGELMAYER
                                                 United States District Judge