UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOSE PEREZ,

Defendant.

19-CR-297 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court excludes time (1) until the defendant's apprehension and next appearance in this case, pursuant to 18 U.S.C. § 3161(h)(3)(A), and (2) until October 30, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 8, 2020
      New York, New York