```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                    :
 UNITED STATES OF AMERICA              ORDER AND JUDGMENT
                                    :
    -v.-                               19 Cr. 297 (PAE)
                                    :
 JOSE PEREZ,
                                    :
              Defendant.
- - - - - - - - - - - - - - - - - - X
```

This cause having come on to be heard on the motion of Audrey Strauss, Acting United States Attorney for the Southern District of New York, by Jacob R. Fiddelman, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1.  The $75,000 personal recognizance bond (the "Bond") executed by Jose Perez and Annette Piri-Perez be and hereby is FORFEITED.

2.  Default judgment in the amount of $75,000 in favor of the United States of America and against Jose Perez be and hereby is ENTERED and the United States of America shall have execution therefor.

3.  Judgment in the amount of $75,000 in favor of the United States of America and against Annette Piri-Perez be and hereby is

ENTERED and the United States of America shall have execution therefor. The Clerk of Court is requested to terminate the motion at Dkt. No. 76. SO ORDERED.

Dated: New York, New York

    October 15, 2020

                                      HONORABLE PAUL A. ENGELMAYER
                                      UNITED STATES DISTRICT JUDGE