```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
  UNITED STATES OF AMERICA             :    ORDER AND JUDGMENT
                                       :
     -v.-                               :    19-CR-297 (PAE)
                                       :
  JOSE PEREZ,                          :
                                       :
              Defendant.
- - - - - - - - - - - - - - - - - - - X
```

This cause having come on to be heard on the motion of Audrey Strauss, Acting United States Attorney for the Southern District of New York, by Jacob R. Fiddelman, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1. The $75,000 personal recognizance bond (the "Bond") executed by Jose Perez, Annette Piri-Perez, and Jose A. Perez Jr. be and hereby is FORFEITED as to surety Jose A. Perez Jr.

2. Judgment in the amount of $75,000 in favor of the United States of America and against Jose A. Perez Jr. be and hereby is ENTERED and the United States of America shall have execution therefor.

SO ORDERED.

Dated:   New York, New York

         October 29, 2020

                                    _____
                                    HONORABLE PAUL A. ENGELMAYER
                                    UNITED STATES DISTRICT JUDGE