March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Jose Perez         ,
                 Defendant(s).

-----------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

19 -CR- 297 (PAE) (__)

Defendant __Jose Perez_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

**X**    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_/s/ by Sylvie Levine_                           _[signature]_
Defendant's Signature                          Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Jose Perez_                                       _SYLVIE LEVINE_
Print Defendant's Name                          Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/18/20                                         _Kevin Nathaniel Fox_
Date                                              U.S. District Judge/U.S. Magistrate Judge