**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 31, 2020

<u>VIA ECF</u>
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** <u>United States v. Jose Perez</u>
19 Cr. 297 (PAE)

Dear Judge Engelmayer,

  I write to request that the Court adjourn the conference currently scheduled for Tuesday, January 5, 2020 at 10:30 a.m., for approximately 2 weeks. The Government by Assistant United States Attorney Jacob Fiddelman consents to this application.

  Undersigned counsel needs an additional opportunity to speak with Mr. Perez before deciding how to proceed with the case. As the Court knows, a plea offer has been extended and we are considering a possible disposition of this matter.

  Due to the logistical constrains brought on by the pandemic, I have had limited access to Mr. Perez. I hope that this requested adjournment will enable us to complete our attorney-client consultation.

  Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

  Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Perez
212-417-8729

**GRANTED.** The Court adjourns the January 5, 2021 conference until January 19, 2021 at 10:30 a.m. The Court excludes the time between January 5 and January 19, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A), to give defense counsel more time confer with her client and to enable the parties to continue discussions towards a disposition. The Clerk of Court is requested to terminate the motion at Dkt. No. 104.

1/4/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge