UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
       -v-                                              :      19-CR-297 (PAE)
:
JOSE PEREZ,                                            :      <u>SCHEDULING ORDER</u>
:
                 Defendant.                          :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **January 19, 2021** at **9:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
Dated: January 13, 2021                           United States District Judge
       New York, New York