# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2021

VIA ECF
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     **United States v. Jose Perez**
        **19 Cr. 297 (PAE)**

Dear Judge Engelmayer,

I write to request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for August 4, 2021, for approximately 45 days.

As of this morning, Mr. Perez is still in the hospital, in Marshals custody – as he has been continuously since March. As such, we have been unable to effectively prepare for sentencing. I understand that Mr. Perez recently underwent his last scheduled surgery, so we are hopeful that he is on the road to recovery.

The Government by Assistant United States Attorney Jacob Fiddelman has no objection to this application.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Perez
212-417-8729

**GRANTED.** Sentencing is adjourned to September 16, 2021 at 2:30 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 118.

7/9/2021

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge