**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 5, 2021

<u>VIA ECF and Email</u>
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Jose Perez</u>
      19 Cr. 297 (PAE)

Dear Judge Engelmayer,

    I write to request that the Court approve an emergency social visit for Mr. Perez.

    Mr. Perez was recently moved by the U.S. Marshals from a hospital (where he had been since March) to a nursing home/rehabilitation center in Queens. His daughter, Lucy Perez, is flying to New York from Florida this weekend because Mr. Perez's wife, Annette, is in the midst of her own medical crisis. While Lucy is in town, I am hoping that she can have a social visit with her father at the nursing home. Mr. Perez has not had a single social visit since his remand in November 2020.

    I spoke with the Marshals, who informed me that because Lucy did not previously apply to be an approved visitor through BOP, I would need a Court Order for them to even consider an emergency approval request. If the Court endorses this Order, the Marshals will look into whether or not Lucy is eligible to visit, and advise the Court and the parties accordingly.

    The Government by Assistant United States Attorney Jacob Fiddelman has no objection to this request.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Perez
212-417-8729

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 120.

8/6/2021
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge