**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 30, 2021

VIA ECF
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Jose Perez**
      **19 Cr. 297 (PAE)**

Dear Judge Engelmayer,

I write to request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for September 16, 2021, for approximately 30 days.

Mr. Perez was recently moved to a rehabilitation facility following his months-long hospitalization. After his hospitalization ended, we requested a full set of Mr. Perez's medical records and recently received hundreds of pages of documents from the hospitals in response.

Thus, we request the instant adjournment so that counsel can review those records and present a complete and accurate account of Mr. Perez's medical conditions, which will are central to our ability to represent Mr. Perez effectively at sentencing.

The Government by Assistant United States Attorney Jacob Fiddelman has no objection to this application.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Perez
212-417-8729

**GRANTED.** Sentencing is adjourned to October 13, 2021 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 123.

8/30/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge