UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
:
-v-                                                    :         19-CR-297 (PAE)
:
JOSE LOPEZ,                                            :         SCHEDULING ORDER
:
Defendant.                     :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules sentencing in this case for **October 13, 2021** at **10:30 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 6, 2021
       New York, New York