UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSE PEREZ,

Defendant.

19-CR-297 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's *pro se* letter requesting appointment of counsel for the purpose of assisting in the defendant's filing of a compassionate release motion (Dkt. No. 133). The Court hereby reappoints the defendant's pretrial counsel, Sylvie Levine, Esq., for the purpose of assisting the defendant in filing such motion.  The Clerk of Court is requested to mail a copy of this order to the defendant at the address below:

Jose Lopez
FMC Devens
P.O. Box 879
Ayer, MA 01432

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: July 21, 2023
       New York, New York