

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2023

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Jose Perez*, 19 Cr. 297 (PAE)

Dear Judge Engelmayer:

The parties respectfully submit this joint letter to request that the Court so-order an agreed-upon briefing schedule regarding defendant Jose Perez's motion for compassionate release under 18 U.S.C. § 3582(c). The defendant has filed a *pro se* initial motion (Dkt. 135), and the Court has reappointed Ms. Levine to represent the defendant, (Dkt. 134). The parties respectfully request that defense counsel be permitted to supplement the *pro se* filing by August 28, 2023, and that the Government's opposition be due by September 29, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

GRANTED. The Clerk of Court is requested to terminate the motion at Dkt. No. 136.

8/3/2023

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge