**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 25, 2023

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Jose Perez
      19 Cr. 297 (PAE)**

Dear Judge Engelmayer,

    I write to respectfully request that the Court adjourn the deadline for Mr. Perez's supplemental compassionate release motion for two weeks, to September 11, 2023. Undersigned counsel is still gathering the facts necessary for the submission and the requested extension will allow us to complete that process.

    The government, by Assistant United States Attorney Jacob Fiddelman, consents to this request. If this request is granted, we ask that the government's response deadline also be adjourned by two weeks, to October 13, 2023.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Perez
212-417-8729

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 138.

8/25/2023

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge